United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANTHONY RODRIGUEZ, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 7:23-cv-000102 |
| BBB INDUSTRIES, LLC, | § § § |
| Defendant. | § § |

## FINAL JUDGMENT

The Court's May 15, 2024 order dismissed all of Plaintiff Anothony Rodriguez' claims with prejudice.[1] The Corut now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiff takes nothing by this suit. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of May 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 22.